UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:06-CV-1793 CEJ |
| ) | |
| ) | |
| DAVE JONES-MARITZ (AKA DAVID A. ) | |
| JONES) ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties' joint motion [Doc. 16] to conduct the scheduling conference on March 15, 2007, by telephone is **granted.**

  _____
  CAROL E. JACKSON
  UNITED STATES DISTRICT JUDGE

Dated this 8th day of March, 2007.